AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| MT by and through his next friend Marcus Powell et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:11-CV-53KS-MTP |
| Forrest County, Mississippi ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs   .

Date:   12/23/2019

/s/ Paloma Wu
*Attorney's signature*

Paloma Wu #105464
*Printed name and bar number*
Southern Poverty Law Center
111 East Capitol Street
Ste 280
Jackson, MS 39201

*Address*

paloma.wu@splcenter.org
*E-mail address*

(601) 948-8882
*Telephone number*

(601) 948-8885
*FAX number*